

August 4, 2021

**<u>Via ECF</u>**
The Honorable Peggy Guo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re*:*    *Dail Moses-Taylor v. Greyston Foundation, Inc.*
            Case No. 1:21-cv-04294-DG-PK

Dear Judge Guo:

    We represent Plaintiff, Dail Moses-Taylor, in the above-referenced matter.  Pursuant to Your Honor's Order to Show Cause, dated August 3, 2021, we write to inform the Court that Plaintiff filed her Complaint in the Eastern District of New York in error, and fully consents to the transfer of her case to the Southern District of New York.

    We apologize for any inconvenience this has caused the Court.

                                                Respectfully Submitted,

                                               Tammy M. Marzigliano

cc:    All Parties (via ECF)

**New York**  685 Third Avenue  25th Floor   New York, NY 10017   Tel (212) 245-1000   Fax (646) 509-2060
**Chicago**  161 N Clark Street  Suite 1600   Chicago, IL 60601   Tel (312) 809-7010   Fax (312) 809-7011
**San Francisco**  One California Street  12th Floor   San Francisco, CA 94111   Tel (415) 638-8800   Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W   Washington, DC 20001   Tel (202) 847-4400   Fax (202) 847-4410

www.outtengolden.com