

Advocates for Workplace Fairness

September 5, 2023

**Via ECF**
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarrapas St.
White Plains, New York 10601-4150

        Re: *Dail Moses-Taylor v. Greyston Foundation, Inc.*, Case No. 1:21-cv-06756

Dear Judge Roman:

        We represent the Plaintiff Dail Moses-Taylor in the above-referenced matter. Consistent with past practice, Defendant has violated yet another Court-ordered deadline (August 30, 2023 to respond to Plaintiff's August 24 letter motion, *see* Dkt. 69) and Plaintiff still has not received the long overdue settlement sums, nor any communication from Defendant's counsel regarding the status of the payments. As described in Plaintiff's prior correspondence to the Court (*see, e.g.*, Dkts. 61, 63, 67, 68), it is clear that Defendant and its counsel feel entitled to violate their legal obligations and otherwise have no respect for this Court or the judicial process. It is also clear that Defendant has no intention of honoring the parties' Agreement and paying the settlement sums. Given these grossly unfair but sadly predictable circumstances, Plaintiff respectfully asks that the Court grant her pending letter motion seeking enforcement of the parties' Agreement and ordering Defendant or its counsel to pay sanctions (*see* Dkt. 68).

        We thank the Court for its consideration of this matter.

        Respectfully submitted,

        Allison L. Van Kampen
        Outten & Golden LLP
        685 Third Avenue, 25th Floor
        New York, NY 10017
        *Counsel for the Plaintiff*

cc:    All Parties (via ECF)

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington DC 20005   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com