

September 26, 2023

**Via ECF:**
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarrapas St.
White Plains, New York 10601-4150

      Re: *Dail Moses-Taylor v. Greyston Foundation, Inc.*, **Case No. 1:21-cv-06756**

Dear Judge Roman:

    We represent the Plaintiff Dail Moses-Taylor in the above-referenced matter. We write with Defendant's consent to seek an extension of the current briefing schedule for Plaintiff's enforcement motion. *See* ECF No. 68. This is Plaintiff's first request for an extension. Earlier today, Defendant's counsel represented that the Settlement Payment at issue with be in transit to Plaintiff's counsel's office no later than this Friday, September 30, 2023. To allow time for the potential resolution of the primary issue pending before the Court, Plaintiff respectfully proposes the following extended briefing schedule:

    October 13: Plaintiff to serve her enforcement motion

    November 13: Defendant to serve its opposition

    December 4: Plaintiff to serve her reply and file the fully-briefed motion on ECF

    We thank the Court for its consideration of this matter.

                                    Respectfully submitted,

                                    Allison L. Van Kampen
                                    Outten & Golden LLP
                                    685 Third Avenue, 25th Floor
                                    New York, NY 10017
                                    *Counsel for the Plaintiff*

cc:    All Parties (via ECF)

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1391  F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington DC 20005  T (202) 914-5097  F (202) 847-4410
outtengolden.com  mail@outtengolden.com