

Advocates for Workplace Fairness

September 26, 2023

**MEMO ENDORSED**

<u>Via ECF:</u>
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarrapas St.
White Plains, New York 10601-4150

**Plaintiff's request for an extension is GRANTED. The briefing schedule for the enforcement motion is revised as follows: (1) Plaintiff is to serve, not file, her moving papers on or before Oct. 13, 2023; (2) Defendant is to serve, not file, their opposition on or before Nov. 13, 2023; and (3) Plaintiff is to serve her reply and all parties will file their papers on Dec. 4, 2023. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 72.**
**Dated September 27, 2023**
**White Plains, NY**

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: ***Dail Moses-Taylor v. Greyston Foundation, Inc.,*** **Case No. 21-cv-06756 (NSR)**

Dear Judge Roman:

We represent the Plaintiff Dail Moses-Taylor in the above-referenced matter. We write with Defendant's consent to seek an extension of the current briefing schedule for Plaintiff's enforcement motion. *See* ECF No. 68. This is Plaintiff's first request for an extension. Earlier today, Defendant's counsel represented that the Settlement Payment at issue with be in transit to Plaintiff's counsel's office no later than this Friday, September 30, 2023. To allow time for the potential resolution of the primary issue pending before the Court, Plaintiff respectfully proposes the following extended briefing schedule:

      October 13: Plaintiff to serve her enforcement motion

      November 13: Defendant to serve its opposition

      December 4: Plaintiff to serve her reply and file the fully-briefed motion on ECF

We thank the Court for its consideration of this matter.

Respectfully submitted,

_____
Allison L. Van Kampen
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2023

cc:    All Parties (via ECF)

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington DC 20005   T (202) 914-5097   F (202) 847-4410
outtengolden.com   mail@outtengolden.com