JEREMI L. CHYLINSKI
JCHYLINSKI@GRSM.COM

**The parties' request is GRANTED. With regard to Pltf's enforcement motion, the briefing schedule is revised as follows: (1) Pltf.'s motion is to be served, not filed, on Oct. 27, 2023; (2) Def. will serve, not file, its opposition on Nov. 27, 2023; and (3) Pltf. will serve its reply and the parties will file all of their papers on Dec. 18, 2023. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 74.**
**Dated: October 10, 2023**
        **White Plains, NY**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NEW YORK 10007
PHONE: (973) 549-2507
CELLULAR: 973-464-5616
FAX: (973) 377-1911

MEMO ENDORSED

October 10, 2023

**VIA ECF**

Judge Nelson Stephen Roman
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re: **Dail Moses-Taylor v. Greyston Foundation, Inc.**
       **Civil Action No.: 7:21-CV-6756 (NSR)(JCM)**

Dear Judge Roman:

  This firm represents Greyston Foundation, Inc. in the above matter. We write jointly with Plaintiff's counsel to respectfully request a two week extension to the current deadlines for Plaintiff's enforcement motion. (Dkt. No. 73.) The reason for this request is that Defendant will effectuate settlement in the coming days, thereby rendering moot Plaintiff's proposed enforcement motion. The parties, therefore, propose the following new deadlines: Plaintiff will serve, not file, her motion on October 27, 2023; Defendant will serve, not file, its opposition on November 27, 2023; and Plaintiff will reply and file the parties' motion papers on December 18, 2023. This is the parties' second request for an extension to the deadline for Plaintiff's enforcement motion.

  While Plaintiff joins this request and is eager to finally resolve this matter, she reserves all rights and remedies as concerns the settlement payment. We thank Your Honor for his attention to this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2023

Respectfully submitted,

GORDON & REES

*/s/ Jeremi L. Chylinski*

Jeremi L. Chylinski, Esq.

cc: All parties of record via ECF.