THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAIL MOSES-TAYLOR,<br><br>                Plaintiff,<br><br>  v.<br><br>GREYSTON FOUNDATION, INC.,<br><br>                Defendant. | Civil Action No. 21-cv-06756 |

**STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dail Moses-Taylor and Defendant Greyston Foundation, Inc., hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims in this action. This stipulation is effective upon filing.

Accordingly, it is ORDERED that this action is hereby dismissed with prejudice, and without costs to either party.

| | |
|---|---|
|   /s/ *Allison L. Van Kampen* |   /s/ *Jeremi Chylinski* |
| Allison L. Van Kampen | Jeremi Chylinski |
| | |
| **Outten & Golden LLP** | Gordon Rees Scully Mansukhani LLP |
| 685 Third Avenue, 25th Floor | 18 Columbia Turnpike, Suite 220 |
| New York, NY 10017 | Florham Park, NJ 07932 |
| Telephone: (212) 245-1000 | Telephone: (973) 549-2500 |
| avankampen@outtengolden.com | jchylinski@grsm.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |